## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Igor BELEGRADEK, A98-728-751, ) Bella BELEGRADEK, A98-728-753 ) ) Plaintiffs, ) ) v. ) ) MICHAEL MUKASEY, Attorney General ) of the United States; ) MICHAEL CHERTOFF, Secretary, ) Department of Homeland Security; ) ROBERT MUELLER, Director, Federal ) Bureau of Investigation of the United States ) DENIS RIORDAN, Director, ) Atlanta Office, U.S. Citizenship and ) Immigration Services; and ) EMILIO T. GONZALEZ, Director, U.S. ) Citizenship and Immigration Services ) ) Defendants. ) | Civil Action No. 1:07-CV-0589-RWS |

## PLAINTIFFS' MOTION TO DISMISS

Plaintiffs, Igor Belegradek and Bella Belegradek (hereinafter "Plaintiffs"),

through undersigned counsel, move this Court to dismiss their Complaint for Writ

of Mandamus against the Defendants as Defendants have taken action on

Plaintiffs' long-pending Applications to Adjust Status to Permanent Resident, making the basis of their Petition moot.

Plaintiffs' Applications to Adjust Status to Permanent Resident had been pending with the U.S. Citizenship & Immigration Services since February 25, 2005.  No action had been taken by Defendants to process Plaintiffs' applications.

On March 13, 2007, Plaintiffs filed a Complaint for Writ of Mandamus against Defendants in this Court to compel the Defendants to adjudicate their Applications.

On January 16, 2008, Plaintiffs received correspondence from the U.S. Citizenship & Immigration Services indicating that their Applications had been approved.  [See Exhibit A, copy of Approval Notices from USCIS].

The primary issue behind Plaintiffs' Complaint for Writ of Mandamus was to obtain the adjudication of their Applications for permanent residence.  Because the Defendants have now responded by moving forward with the adjudication of Plaintiffs' Applications, the central issue in this case is now moot.

Under Rule 41(a)(1) of the Federal Rules of Civil Procedure, allowing a plaintiff (or petitioner) to voluntarily dismiss their case, Plaintiffs respectfully request this Court to dismiss their Complaint for Writ of Mandamus.

Respectfully submitted this 31st day of January, 2008.

KUCK CASABLANCA & ODOM, LLC


\signed:  Charles H. Kuck\

Charles H. Kuck
Georgia Bar No. 429940
Attorney for Plaintiffs
8010 Roswell Road, Suite 300
Atlanta, GA  30350
Tel:  (404) 816-8611
Fax: (404) 816-8615

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel of record in the foregoing matter with one copy of each of the foregoing **PLAINTIFF'S MOTION TO DISMISS**, having *delivered by first class mail, postage prepaid,* a copy of same as follows:

> U.S. Attorney
> Suite 1800 Richard Russell Building
> 75 Spring Street, S.W.
> Atlanta, Georgia 30303

this 31st day of January, 2008.


\signed:  Charles H. Kuck\

Charles H. Kuck
Georgia Bar No. 429940
Kuck Casablanca & Odom, LLC
8010 Roswell Road, Suite 300
Atlanta, GA  30350
Tel:  (404) 816-8611
Fax: (404) 816-8615

# EXHIBIT A

**U.S. Department of Homeland Security**



U.S. Citizenship
and Immigration
Services

2150 Parklake Drive NE, 3rd Floor
Atlanta, Georgia 30345

A-File: A98 728 751

Date: January 16, 2008

Igor Belegradek
c/o
1011 Muirfield Drive
Marietta, GA 30068

Dear Sir/Madam:

This is to notify you that your Application for Lawful Permanent Residence has been approved.
This means that you are now a lawful permanent resident of the United States. Your Permanent
Resident Card will be mailed to you directly from the CIS Service Center servicing your state of
residence. You should be receiving your card within the next 9 to 12 months.

If you need temporary evidence of your permanent resident status prior to receiving your card,
you may make an appointment through the INFOPASS System to bring this letter to our
Information Counter, located at the above address, to receive a stamp reflecting your new status
in your passport. INFOPASS can be accessed via the Internet by going to
www.infopass.usins.gov.

For information about office hours and other immigration related topics please call the following
number: **(800) 375-5283**

Sincerely,

Pamela G. Hutchings
Field Office Director

cc:

Immigrant Class: E17
I ok 1/7/08 AH

A 9 8 7 2 8 7 5 1

**Note: This letter is not evidence of Lawful Permanent Residence**

**U.S. Department of Homeland Security**



U.S. Citizenship
and Immigration
Services

2150 Parklake Drive NE, 3rd Floor
Atlanta, Georgia 30345

A-File: A98 728 753

Date: January 16, 2008

Bella Belegradek

c/o

1011 Muirfield Drive
Marietta, GA 30068

Dear Sir/Madam:

This is to notify you that your Application for Lawful Permanent Residence has been approved. This means that you are now a lawful permanent resident of the United States. Your Permanent Resident Card will be mailed to you directly from the CIS Service Center servicing your state of residence. You should be receiving your card within the next 9 to 12 months.

If you need temporary evidence of your permanent resident status prior to receiving your card, you may make an appointment through the INFOPASS System to bring this letter to our Information Counter, located at the above address, to receive a stamp reflecting your new status in your passport. INFOPASS can be accessed via the Internet by going to www.infopass.usins.gov.

For information about office hours and other immigration related topics please call the following number: **(800) 375-5283**

Sincerely,

Pamela G. Hutchings
Field Office Director

cc:

Immigrant Class: E19
o.k. 1/17/08 AW

A 9 8 7 2 8 7 5 3

**Note: This letter is not evidence of Lawful Permanent Residence**